### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| KYLE QUINN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 11-cv-02249 HAB-DGB |
| | ) | |
| v. | ) | Removed from the Circuit Court for |
| | ) | the Sixth Judicial Circuit, Douglas |
| HERFF JONES, INC., | ) | County, Illinois |
| an Illinois corporation, | ) | Case No. 2011-L-12 |
| | ) | |
| Defendant. | ) | |

### STIPULATION TO VOLUNTARY DISMISSAL BY PLAINTIFF

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties through their respective counsel hereby agree to stipulate to the entry of an Order granting Plaintiff a voluntary dismissal of the Complaint, with prejudice, and without the assessments of costs or attorneys' fees against either party.

DATED:   December 3, 2012


*/s/ Norma W. Zeitler* (with consent)　　　　　*/s/ Heath E. Uppencamp*
Norma W. Zeitler　　　　　　　　　　　　　　Heath E. Uppencamp
Douglas M. Oldham　　　　　　　　　　　　　**HELLER, HOLMES & ASSOCIATES, P.C**.
**BARNES & THORNBURG LLP**　　　　　　　1101 Broadway Avenue, P.O. Box 889
One North Wacker Drive, Suite 4400　　　　　　Mattoon, Illinois  61938
Chicago, Illinois  60606　　　　　　　　　　　　Telephone: (217) 235-2700
Telephone: (312) 357-1313　　　　　　　　　　Email: heath@hhlawoff.com
E-mail:  nzeitler@btlaw.com
　　　　　doldham@btlaw.com

*Attorneys for Defendant*　　　　　　　　　　*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on   December 3, 2012  , I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Norma W. Zeitler
>Douglas M. Oldham
>BARNES & THORNBURG LLP
>One North Wacker Drive, Suite 4400
>Chicago, Illinois  60606-2833
>nzeitler@btlaw.com
>doldham@btlaw.com

   /s/ *Heath E. Uppencamp*
Heath E. Uppencamp